UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
FILE NO. 7:19-CR-139-7-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ERNIE JAMES, | ) | |
| | ) | |
| Defendant. | ) | |

For good cause shown, it is hereby ORDERED that Defendant's motion to seal DE #256 is GRANTED.

This the __18th__ day of February, 2020.

_____
LOUISE W. FLANAGAN
United States District Judge