> **Motion DENIED.**
>
> This the __27th__ day of __March__, 20__20__.
>
> /s/Louise W. Flanagan, U.S. District Judge

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
FILE NO. 7:19-CR-139-7-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | MOTION FOR RECONSIDERATION |
| | ) | OF DE #269 ORDERING DETENTION |
| ERNIE JAMES, | ) | PENDING SENTENCE, DUE TO |
| | ) | COVID-19 PANDEMIC |
| Defendant. | ) | |

NOW COMES the Defendant, by and through the undersigned counsel, who does hereby make this motion (with incorporated memorandum) for reconsideration of DE #269 ordering detention pending sentencing. The basis for the motion is the developing COVID-19 virus pandemic.

STATEMENT OF THE FACTS

The Court heard argument on February 27, 2020, and ordered detention pending sentencing for the Defendant. Since that time, on March 11, 2020, the World Health Organization "declared the novel coronavirus outbreak a global pandemic." https://www.foxnews.com/health/who-declares-coronavirus-global-pandemic

Cases of the virus have been steadily increasing in the United States and, in the last few days, in North Carolina. As of this writing, "[i]n the United States, at least 81,321 people are known to have been infected with the coronavirus, including more than 1,000 deaths – more cases than China, Italy, or any other country has seen." https://www.msn.com/en-us/news/us/the-us-now-leads-the-world-in-confirmed-coronavirus-cases/ar-BB11LlDh